245 F.2d 875
 Peter DI PALERMO, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 392, Docket 24622.
 United States Court of Appeals Second Circuit.
 Argued June 13, 1957.
Decided July 5, 1957.
 
 George T. Todaro, New York City, for petitioner-appellant.
 Alan W. Richenaker, Asst. U.S. Atty., S.D.N.Y., New York City (Paul W. Williams, U.S. Atty., New York City, on the brief), for respondent-appellee.
 Before CLARK, Chief Judge, and CHASE and HINCKS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed. Aaron v. United States, 4 Cir., 188 F.2d 446, certiorari denied 341 U.S. 954, 71 S.Ct. 1006, 95 L.Ed. 1376; Barnes v. United States, 8 Cir., 197 F.2d 271.